JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CARDENAS, LUIS RAMIREZ, individuals, on behalf of themselves and others similarly situated, aggrieved employees and the State of California as Private Attorney General,<br><br>            Plaintiff,<br><br>    v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC., FKA XPO LOGISTICS SUPPLY CHAIN., INC., GXO LOGISTICS, INC.; AND DOES 1 TO 50,<br><br>            Defendants. | Case No. 2:25-cv-01095-TJH - SHK<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR THE PURPOSES OF SEEKING SETTLMENT APPROVAL [16]**<br><br>Assigned for purposes to:<br>Hon. Terry J. Hatter, Jr., Dept. 11<br><br>Action Filed:    June 20, 2024<br>FAC Filed:     September 9, 2024<br>Removal:      February 7, 2025 |

## ORDER

Plaintiffs DIANA CARDENAS and LUIS RAMIREZ ("Plaintiffs") and Defendants GXO LOGISTICS SUPPLY CHAIN INC. and GXO LOGISTICS, INC. ("GXO") (collectively, "Defendants"), stipulation for an Order Remanding Action to State Court for the Purposes of Seeking Settlement Approval, having come before the Court in the above-captioned matter, the Honorable Terry J. Hatter presiding, and for good cause appearing therefore, including without limitation, the agreed upon settlement amount being less than five million dollars, rules that the Parties joint stipulation is APPROVED.

If the state Court does not approve the Settlement as requested by Parties, a Judgment is not entered in the state court action, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of the long-form settlement agreement such that the Parties will revert to the litigation of the Action in the United States District Court, Central District. In that event, either Party may notify this Court to reinitiate litigation the action in this Court via stipulated removal or otherwise.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of California, County of Los Angeles for the purposes of seeking settlement approval.

Dated: March 18, 2026

Honorable Terry J. Hatter, Jr.
United States District Judge

2